■ In the Matter of WILMER HILL GRIER, Also Known as WILMER RUTH HILL-GRIER, a Disbarred Attorney. [693 NYS2d 434] —Motion to confirm the Report and Recommendation of the Hearing Panel, which confirmed the Report and Recommendation of the Referee, granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Lerner and Rubin, JJ.